UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

CEMENT MASONS & PLASTERERS
HEALTH & WELFARE TRUST, et al.,

          Plaintiff,

vs.

DAVID ZEHM,

          Defendant.

C05-1838 RSM

**MINUTE ORDER**

**REASSIGNING CASE**

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Ricardo S. Martinez, United States District Judge.

    All future documents filed in this case must bear the cause number C05-1838 RSM and bear the Judge's name in the upper right hand corner of the document.

Dated this 4th day of January, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
      Peter H. Voelker, Deputy Clerk